**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| SEQUANNA SCOTT,<br><br>    Plaintiff,<br><br>v.<br><br>CREDIT ONE BANK, N.A.; and EQUIFAX INFORMATION SERVICES LLC,<br><br>    Defendants. | Case No.: 1:25-cv-00079-LAG<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT CREDIT ONE BANK, N.A.** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendant Credit One Bank, N.A. may be dismissed without prejudice, with the parties to bear their own fees and costs. Plaintiff's claims against Equifax Information Services, LLC remain pending.

Respectfully submitted June 5, 2025.

/s/ Tristan W. Gillespie
Tristan W. Gillespie, Esq. (268064)
600 Blakenham Ct.
Johns Creek, GA 30022
gillespie.tristan@gmail.com
Attorney for Plaintiff

Mailing address:
McCarthy Law, PLC
9200 E. Pima Center Pkwy. Ste. 300
Scottsdale, AZ 85258
Telephone: (602) 456-8900
Fax: (602) 218-4447

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Joseph Panvini*